**Phillip Antonio OWENS, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

No. 11–6616.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 18, 2011.

Decided: Aug. 23, 2011.

Phillip Antonio Owens, Appellant Pro Se. Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip Antonio Owens, a federal prisoner, appeals the district court's order accepting the magistrate judge's recommendation and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Owens v. United States,* No. 1:11–cv–00055–TDS–WWD (M.D.N.C. Apr. 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*